JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GUTIERREZ,<br><br>Petitioner<br><br>v.<br><br>M. ATCHLEY,<br><br>Respondent. | Case No. CV 20-4042-JGB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Motion And Dismissing Action Without Prejudice,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: May 6, 2020

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE